MARCELLA JOHNSON v. ERNESTINE S. ALKER and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ELCO ENGINEERING CO., INC., v. FRANK MASCALI & SONS, INC., Impleaded, etc. ELCO ENGINEERING CO., INC., v. FRANK MASCALI & SONS, INC., Impleaded, etc.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application by ZARA MARESCO ESPOSITO, as Administratrix of the Estate of JENNIE MARESCO, Deceased, for an Order Substituting Herself as Plaintiff in the Action of JENNIE MARESCO v. DANIEL MARESCO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT E. BERGMAN, Guardian of GEORGE ROBERT BUNTING, Infant. GEORGE ROBERT BUNTING — EMMA J. BERGMAN, as Administratrix, etc. . In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT E. BERGMAN, as Executor of the Estate of KATHERINE L. BUNTING, Deceased. GEORGE ROBERT BUNTING — EMMA J. BERGMAN, as Administratrix, etc. In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT E. BERGMAN, as Trustee for GEORGE ROBERT BUNTING under the Last Will and Testament of HARRY F. L. BUNTING, Deceased. GEORGE ROBERT BUNTING — EMMA J. BERGMAN, as Administratrix, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

HERMAN RIPSTOSS v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay pending appeal granted. [See ante, p. 814.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

FANNIE COHEN and MORRIS COHEN v. ISAAC EISENBERG.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MICHAEL J. BAKOPOULOS and Others v. BANK OF ATHENS TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 815.] Settle order on notice. Present—Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ANNA WILFAND v. PLAYLAND HOLDING CORPORATION and Another, Impleaded with HENRY C. BURNSTINE.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BETTY DAVIS and Others v. JACK COHN and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.